UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Dartmouth Hitchcock Medical Center

        v.                              Civil No. 09-cv-160-JD

Cross Country Travcorps, Inc.,
d/b/a Cross Country Staffing and
CHG Medical Staffing, Inc., d/b/a RN Network


                    Procedural Order


        As discussed during a telephone conference held today, the

following schedule is established:

        May 5, 2011  -  DHMC will file a motion and memorandum

addressing the scope of the issues and evidence for trial.

        May 5, 2011 -  The parties will file their pretrial

materials.

        May 16, 2011  - The defendants will file their response to

DHMC's motion and memorandum.

        May 25, 2011, at 11:00 a.m.  - Final pretrial conference.

        June 7, 2011  -  Jury selection.  Evidence will begin

following jury selection.

        SO ORDERED.

                            _____
                            Joseph A. DiClerico, Jr.
                            United States District Judge


April 6, 2011

cc:   Andrew D. Dunn, Esquire
      Ronald J. Lajoie, Esquire
      Anil Madan, Esquire
      Joseph Gardner Mattson, Esquire
      Ralph Suozzo, Esquire