```
                UNITED STATES DISTRICT COURT FOR THE
                      DISTRICT OF NEW HAMPSHIRE
```

<u>Dartmouth Hitchcock Medical Center</u>

    v.                          Civil No. 09-cv-160-JD

<u>Cross Country Travcorps, Inc.,</u>
<u>d/b/a Cross Country Staffing and</u>
<u>CHG Medical Staffing, Inc., d/b/a RN Network</u>

<u>PROCEDURAL ORDER</u>

Following a telephone conference held today with counsel, the following schedule is established:

    August 22, 2011 - The parties will file their pretrial materials.

    August 31, 2011, at 11:00 a.m. - Final pretrial conference.

    September 13, 2011 - Jury Selection. Evidence will begin following jury selection.

    SO ORDERED.

                                                        /s/ Joseph A. DiClerico, Jr.
                                                        Joseph A. DiClerico, Jr.
                                                        United States District Judge

May 12, 2011

cc: Andrew D. Dunn, Esquire
    Ronald J. Lajoie, Esquire
    Anil Madan, Esquire
    Joseph Gardner Mattson, Esquire
    Ralph Suozzo, Esquire