```
            UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF NEW HAMPSHIRE
```

<u>Dartmouth Hitchcock Medical Center</u>

    v.                              Civil No. 09-cv-160-JD

<u>Cross Country Travcorps, Inc., et al.</u>

<u>Procedural Order</u>

    During the final pretrial conference, a dispute arose between Dartmouth Hitchcock Medical Center and the defendants as to the scope of the issues and evidence for trial. In the final pretrial conference order, issued on April 6, 2011, the court directed DHMC to file a motion and memorandum addressing the scope of the issues and evidence for trial by May 5, 2011. DHMC filed a memorandum but failed to file a motion as it was directed to do.

    In the absence of a motion, DHMC has not informed the court and opposing parties what relief it is seeking. The court will not attempt to ferret out from the memorandum the nature of the parties' dispute and what specific relief DHMC is seeking.

    Therefore, DHMC shall file a motion, with a supporting memorandum, seeking specific relief in terms of defining the

issues for trial and the scope of the evidence, including any specific limitations on evidence which DHMC contends should apply.  The defendants shall file their responses to the motion, addressing the relief sought by DHMC.

## Conclusion

For the foregoing reasons, the plaintiff shall file a motion with a supporting memorandum, as directed in this order, on or before **May 31, 2011.**  The defendants shall file their responses within **ten days** after the motion and memorandum is filed.

SO ORDERED.

_____
Joseph A. DiClerico, Jr.
United States District Judge

May 19, 2011

cc: Andrew D. Dunn, Esquire
    Ronald J. Lajoie, Esquire
    Anil Madan, Esquire
    Joseph Gardner Mattson, Esquire
    Ralph Suozzo, Esquire