UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Dartmouth Hitchcock Medical Center</u>

              v.                       Civil No. 09-cv-160-JD

<u>Cross Country Travcorps, Inc., et al.</u>

ORDER OF DISMISSAL

In accordance with the provisions of Local Rule 41.1, as neither an agreement for judgment nor a stipulation for dismissal has been filed, the remaining pending claims in this case are herewith dismissed with prejudice.

     SO ORDERED.

July 8, 2011                                     ***/s/ Joseph A. DiClerico, Jr.***
                                                 Joseph A. DiClerico, Jr.
                                                 United States District Judge

cc:    Anil Madan, Esq.
        Andrew Dunn, Esq.
        Joseph Mattson, Esq.
        Ronald Lajoie, Esq.
        Ralph Suozzo, Esq.